## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-14801(MDC) |
| BEN HOUSTON BOOKER, JR. and | : | CHAPTER 13 |
| STACEY BOOKER | : | |
| Debtors | : | HEARING SCHEDULED FOR |
| | : | MAY 25, 2021 AT 10:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

## **CERTIFICATE OF SERVICE**

Lavin, Cedrone, Graver, Body & DiSipio, by the undersigned, hereby certifies that a copy of Ally Bank's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. §362(d), Waiver of 14 Day Stay of Effectiveness of Order and for Abandonment and a copy of the Notice of Motion, Response Deadline and Hearing Date with respect to said Motion in the above-captioned bankruptcy case were served via first class mail on April 26, 2021, upon the following individuals:

                                                    LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

DATED:  April 26, 2021          By:   /s/ Regina Cohen
                                                Regina Cohen, Esquire
                                                Attorneys for Ally Bank

## SERVICE LIST

Robert D. Steinberg, Esquire
Willig, Williams & Davidson
1845 Walnut Street
24th Floor
Philadelphia, PA 19103
(Via ECF Only)


William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
(Via ECF Only)


United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
(Via ECF Only)


Ben Houston Booker, Jr.
Stacey Booker
705 Briarcliff Road
Upper Darby, PA 19082


2240944v1