## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 20-14801(MDC) |
| BEN HOUSTON BOOKER, JR. and | : CHAPTER 13 |
| STACEY BOOKER | : |
| Debtors | : HEARING SCHEDULED FOR |
| | : MAY 25, 2021 AT 10:30 A.M. |
| | : UNITED STATES BANKRUPTCY COURT |
| | : 900 MARKET STREET |
| | : PHILADELPHIA, PENNSYLVANIA 19107 |

## ORDER GRANTING ALLY BANK
## RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF
## 14 DAY STAY OF EFFECTIVENESS OF ORDER AND FOR ABANDONMENT

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2013 Dodge Grand Caravan, VIN: 2C4RDGCG5DR538413 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3). Ally Bank may act immediately upon entry of this Order;

IT IS FURTHER ORDERED that having found the Vehicle burdensome to the estate and of inconsequential value and benefit to the estate, the Vehicle is deemed abandoned; and

FURTHER RESOLVED, that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

June 1, 2021

_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

Copies mailed to: See attached service list.

**SERVICE LIST**

Regina Cohen, Esquire
LAVIN, CEDRONE, GRAVER, BOYD & DISIPIO
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106

Robert D. Steinberg, Esquire
Willig, Williams & Davidson
1845 Walnut Street
24th Floor
Philadelphia, PA 19103

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

Ben Houston Booker, Jr.
Stacey Booker
705 Briarcliff Road
Upper Darby, PA 19082