United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14801-mdc |
| Ben Houston Booker, Jr. | Chapter 13 |
| Stacey Booker | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Ben Houston Booker, Jr., Stacey Booker, 705 Briarcliff Road, Upper Darby, PA 19082-5301 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: ally@ebn.phinsolutions.com | Jun 03 2021 02:08:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com |
| ROBERT D. STEINBERG | on behalf of Debtor Ben Houston Booker  Jr. rsteinberg@wwdlaw.com |
| ROBERT D. STEINBERG | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 2 |

on behalf of Joint Debtor Stacey Booker rsteinberg@wwdlaw.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY NO. 20-14801(MDC) |
| BEN HOUSTON BOOKER, JR. and | : | CHAPTER 13 |
| STACEY BOOKER | : | |
| Debtors | : | HEARING SCHEDULED FOR |
| | : | MAY 25, 2021 AT 10:30 A.M. |
| | : | UNITED STATES BANKRUPTCY COURT |
| | : | 900 MARKET STREET |
| | : | PHILADELPHIA, PENNSYLVANIA 19107 |

### ORDER GRANTING ALLY BANK
### RELIEF FROM THE AUTOMATIC STAY AND WAIVER OF
### 14 DAY STAY OF EFFECTIVENESS OF ORDER AND FOR ABANDONMENT

After notice and hearing it is hereby ORDERED:

That the automatic stay imposed by 11 U.S.C. §362(a) as to Ally Bank with respect to the motor vehicle identified as a 2013 Dodge Grand Caravan, VIN: 2C4RDGCG5DR538413 (the "Vehicle"); is hereby terminated effective the date of this Order;

IT IS FURTHER ORDERED that this Order shall become effective immediately without regard to Bankr. R. 4001(a)(3).  Ally Bank may act immediately upon entry of this Order;

IT IS FURTHER ORDERED that having found the Vehicle burdensome to the estate and of inconsequential value and benefit to the estate, the Vehicle is deemed abandoned; and

FURTHER RESOLVED, that Ally Bank may take such *in rem* actions and seek such *in rem* remedies as are permitted by the Retail Installment Sale Contracts, the Pennsylvania Uniform Commercial Code and other applicable laws with respect to such motor vehicle.

FOR THE COURT:

June 1, 2021

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge

Copies mailed to:  See attached service list.

## **SERVICE LIST**

Regina Cohen, Esquire
Lavin, Cedrone, Graver, Boyd & DiSipio
190 North Independence Mall West
Suite 500
6th and Race Streets
Philadelphia, PA 19106


Robert D. Steinberg, Esquire
Willig, Williams & Davidson
1845 Walnut Street
24th Floor
Philadelphia, PA 19103


William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105


United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106


Ben Houston Booker, Jr.
Stacey Booker
705 Briarcliff Road
Upper Darby, PA 19082