# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-14801-MDC

BEN HOUSTON BOOKER, JR.
STACEY BOOKER
705 BRIARCLIFF ROAD

UPPER DARBY, PA 19082

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    BEN HOUSTON BOOKER, JR.
    STACEY BOOKER
    705 BRIARCLIFF ROAD

    UPPER DARBY, PA 19082

Counsel for debtor(s), by electronic notice only.

    ROBERT D STEINBERG
    WILLIG, WILLIAMS & DAVIDSON
    1845 WALNUT ST 24TH FLOOR
    PHILADELPHIA, PA 19103-

Date: 6/25/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee