# UNITED STATES BANKRUPTCY COURT
# IN THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :
: Chapter 13
BEN HOUSTON BOOKER  : Bankruptcy No.  20-14801-MDC
STACEY BOOKER  :
    Debtor  :

## CERTIFICATE OF SERVICE

    I, Robert D. Steinberg, Esquire, counsel for Debtors hereby certifies that a Copy of the Debtors 2ND Amended Plan was served on July 12, 2021 by regular mail to the following:

William C. Miller, Trustee
PO Box 1229
Philadelphia, PA 19105

T Mobile/T-Mobile USA Inc
By American InfoSource as agent
4515 N. Santa Fe Ave
Oklahoma City, OK  73118

Ally Bank
PO Box 130424
Roseville, MN  55113-0004

M&T Bank
PO Box 840
Buffalo, NY  14240-0840

M&T Bank
C/O Rebecca Ann Solarz, Esquire
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA  19106

Castle Credit Co Holdings LLC
200 South Michigan Avenue, Suite 450
Chicago, IL 60604

Dated: 7-21-21                                        /s/ Robert D. Steinberg
                                                       **ROBERT D. STEINBERG, ESQUIRE**
                                                       Willig, Williams & Davidson
                                                       1845 Walnut Street, 24th Floor
                                                       Philadelphia, PA  19103
                                                       215-814-9225