United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 20-14801-mdc |
|---|---|
| Ben Houston Booker, Jr. | Chapter 13 |
| Stacey Booker | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 12, 2021 | Form ID: 155 | Total Noticed: 26 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ben Houston Booker, Jr., Stacey Booker, 705 Briarcliff Road, Upper Darby, PA 19082-5301 |
| 14570655 | + | AQUA PENNSYLVANIA INC, PO Box 70279, Philadelphia, PA 19176-0279 |
| 14593020 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 North Independence Mall West, Suite 500, 6th and Race Streets Philadelphia, PA 19106-1557 |
| 14570656 | + | Aspenn Environmental Service, 1430 Jersey Avenue Suite 1, North Brunswick, NJ 08902-1659 |
| 14570657 | + | Castle Credit Co. Holdings, LLC, PO Box 46186, Houston, TX 77210-6187 |
| 14570660 | + | Crozer Keystone Health Systems, 100 W. Sproul Road, Springfield, PA 19064-2033 |
| 14570661 | + | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14570663 | + | I C Systems, Inc., P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14574232 | + | Lakeview Loan Servicing LLC, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14570664 | + | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14570668 | + | T-Mobile, PO Box 2147, Southgate, MI 48195-4147 |
| 14570669 | + | Upper Darby School District, PO Box 13925, Philadelphia, PA 19101-3925 |
| 14570670 | + | Upper Darby Township, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 14570671 | + | Verizon c/o EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14570672 | + | Wells Fargo Bank, PO Box 6995, Portland, OR 97228-6995 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14580616 | | Email/Text: ally@ebn.phinsolutions.com | Aug 12 2021 23:32:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14570654 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 12 2021 23:32:00 | Ally Financial, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14613584 | + | Email/Text: legal@castlecredit.com | Aug 12 2021 23:32:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 14570658 | + | Email/Text: Harris@ebn.phinsolutions.com | Aug 12 2021 23:32:00 | Childrens Hospital of Philadelphia, PO Box 5462, Chicago, IL 60680-5462 |
| 14570659 | + | Email/Text: bankruptcy@credencerm.com | Aug 12 2021 23:32:00 | Credence Resource Management, 17000 Dallas Parkway Suite 20, Dallas, TX 75248-1940 |
| 14570662 | + | Email/Text: Harris@ebn.phinsolutions.com | Aug 12 2021 23:32:00 | Harris & Harris, Ltd, 111 West Jackson Blvd Suite 400, Chicago, IL 60604-4135 |
| 14580802 | | Email/Text: camanagement@mtb.com | Aug 12 2021 23:32:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14570665 | | Email/Text: bankruptcygroup@peco-energy.com | Aug 12 2021 23:32:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14570666 | + | Email/Text: bankruptcy@philapark.org | Aug 12 2021 23:32:00 | Philadelphia Parking Authority, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14570667 | | Email/PDF: ais.sprint.ebn@americaninfosource.com | Aug 12 2021 23:33:53 | Sprint, PO Box 4191, Carol Stream, IL 60197 |

| | | | |
|---|---|---|---|
| 14573336 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Aug 12 2021 23:33:49 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com ksweeney@lavin-law.com |
| ROBERT D. STEINBERG | on behalf of Joint Debtor Stacey Booker rsteinberg@wwdlaw.com |
| ROBERT D. STEINBERG | on behalf of Debtor Ben Houston Booker Jr. rsteinberg@wwdlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Ben Houston Booker, Jr. and Stacey Booker

    Debtor(s)

Chapter: 13

Bankruptcy No: 20−14801−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 12th of August 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge ,
United States Bankruptcy Court

39 − 8
Form 155