# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Stacey Booker aka Stacey Jarrell<br>Ben Houston Booker Jr.<br>        **Debtor(s)** | **BK NO. 20-14801 MDC**<br><br>**Chapter 13** |
| **Lakeview Loan Servicing LLC**<br>        **Movant**<br>vs.<br><br>**Stacey Booker aka Stacey Jarrell**<br>**Ben Houston Booker Jr.**<br>        **Debtor(s)**<br><br>**William C. Miller Esq.**,<br>**Trustee** | **Related to Claim No. 3** |

## CERTIFICATE OF SERVICE OF
## NOTICE OF MORTGAGE FORBEARANCE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on August 18, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Stacey Booker aka Stacey Jarrell
705 Briarcliff Road
Upper Darby, PA 19082

Ben Houston Booker Jr.
705 Briarcliff Road
Upper Darby, PA 19082

Attorney for Debtor(s)
ROBERT D. STEINBERG, ESQUIRE
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103

Trustee
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: August 18, 2021

                                        **/s/Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        Phone: (215) 825-6327
                                        Email: rsolarz@kmllawgroup.com