UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: Stacey Booker aka Stacey Jarrell :
Ben Houston Booker, Jr.       :
: Bankruptcy No. 20-14801 MDC
Debtors    :
: Chapter 13
:
Lakeview Loan Servicing    :
:
:
:
Movant    :
:
:
Stacey Booker aka Stacey Jarrell    :
Ben Houston Booker, Jr.    :
:
Kenneth E. West, Trustee    :
:
Respondents    :

### ANSWER TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY OF LAKEVIEW LOAN SERVICING LLC

Debtors, by and through their attorney, Robert D. Steinberg, Esq. answer the Motion as follows:

1. Admitted.

2. Admitted.

3. Denied. Debtor is without information sufficient to form a belief as to the truth or falsity of said allegations and strict proof thereof is demanded at time of trial.

4. Admitted.

5. Denied. Debtor is without information sufficient to form a belief as to the truth or falsity of said allegations and strict proof thereof is demanded at time of trial.

6. Denied. Debtor is without information sufficient to form a belief as to the truth or falsity of said allegations and strict proof thereof is demanded at time of trial. By way of further answer, if the Debtor is behind in any payment Debtor is prepared to make arrangements to become current.

7. Denied. Debtor is without information sufficient to form a belief as to the truth or falsity of said allegations and strict proof thereof is demanded at time of trial.

8. Denied. Debtor is without information sufficient to form a belief as to the truth or falsity of said allegations and strict proof thereof is demanded at time of trial.

9. Denied. Debtor is without information sufficient to form a belief as to the truth or falsity of said allegations and strict proof thereof is demanded at time of trial. While Debtor is unopposed to entering into potential agreements with the Movant it is Denied that Relief from the Stay is necessary to pursue such options.

10. Denied. Debtor is without information sufficient to form a belief as to the truth or falsity of said allegations and strict proof thereof is demanded at time of trial.

Wherefore, Debtor requests that this Honorable Court enter an Order denying the Motion for Relief.

Respectfully submitted,

BY: /s/ ROBERT D. STEINBERG
ROBERT D. STEINBERG, ESQ.
PA ID No. 34818
Willig, Williams & Davidson
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
215-814-9225