**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

STACEY BOOKER, a/k/a
STACEY JARRELL AND
BEN HOUSTON BOOKER, JR.

                                              **Chapter 13**

Debtor                                          Case No. 20-14801 MDC

---

**ENTRY OF APPEARANCE**

To the Clerk:

      Kindly enter my appearance on behalf of Stacey Booker and Ben Houston Booker, Jr. in the above referenced Chapter 13 case.

                                        BY:/s/ Ashley M. Sullivan
                                            ASHLEY M. SULIVAN, ESQUIRE
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, Ste. 1400
                                            Philadelphia, PA  19102
                                            (215) 732-0101
                                            (215) 732-7790
                                            asullivan@spearwilderman. com