WILLIG, WILLIAMS & DAVIDSON
**BY: ROBERT D. STEINBERG, ESQUIRE**　　　Attorney for Debtor
Identification No. 34818
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9225

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

BEN HOUSTON BOOKER
STACEY BOOKER

　　　　Bankruptcy No. 20-14801-mdc

　　Debtor(s)

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of ROBERT D. STEINBERG, ESQ. of WILLIG, WILLIAMS & DAVIDSON as counsel for the Debtor in the above-captioned matter.

Respectfully submitted,

/s/ Robert D. Steinberg
ROBERT D. STEINBERG, ESQ.