**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    Chapter 13

BEN HOUSTON BOOKER AND
STACEY BOOKER

Debtor      Case No.: 20-14801

**CERTIFICATE OF NO RESPONSE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that as of May 6, 2022, I have not received any response to the Motion to Modify Chapter 13 Plan Post-Confirmation, file on behalf of the Debtors on the 14th day of April, 2022.

Date: May 6, 2022

    BY:/s/ Ashley M. Sullivan
      ASHLEY M. SULLIVAN, EQUIRE
      SPEAR WILDERMAN, P.C.
      230 S. Broad Street, 14th Floor
      Philadelphia, PA 19102
      (215) 732-0101
      (215) 7342-7790 (fax)
      asullivan@spearwilderman.com
      Attorney for Debtor