**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                Chapter 13

BEN HOUSTON BOOKER AND
STACEY BOOKER

Debtor                    Case No.:  20-14801

**CERTIFICATE OF SERVICE**

I, ASHLEY M. SULLIVAN, Attorney for Debtor, hereby certify that on the 11th day of May, 2022, I did serve a copy of the Amended Schedule J on the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

T-Mobile, By American Inforsource
Attn :  Ashley M. Boswell
4515 N. Santa Fe Avenue
Oklahoma City, OK  73118

Ally Bank
Attn:  EPOC Administrator
P.O. Box 130424
Roseville, MN  55113

Castle Credit Co Holdings, LLC
Attn:  Abby L. Petrone
200 South Michigan Avenue, Ste. 450
Chicago, IL  60604

Upper Darby Township
Attn: EPOC Administrator
100 Garrett Road
Upper Darby, PA  19082

Lakeview Loan Servicing
M & T Bank
Attn: Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Date: May 11, 2022

                                  BY:/*s/ Ashley M. Sullivan*
                                     ASHLEY M. SULLIVAN, EQUIRE
                                     SPEAR WILDERMAN, P.C.
                                     230 S. Broad Street, 14th Floor
                                     Philadelphia, PA  19102
                                     (215) 732-0101
                                     (215) 7342-7790 (fax)
                                     asullivan@spearwilderman.com
                                     Attorney for Debtor