## U.S. BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANI

IN RE:
BEN HOUSTON BOOKER AND STACEY BOOKER

                                    : CHAPTER 13

         Debtors                    : NO. 20-14801-mdc


## **ORDER**


**AND NOW,** this   13th day of      May   2022, this matter having been brought before

the Court upon Debtor's MOTION TO MODIFY CHAPTER 13 PLAN POST-

CONFIRMATION,  and a hearing having been held in the matter, and for good cause shown, it

is hereby ORDERED and DECREED that Debtor's Motion is granted.   Debtor's payment shall

be $560.26 per month for 44 months, beginning May, 2022

_____

MAGDELINE D. COLEMAN
Chief U.S. Bankruptcy Judge