**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                                                    Chapter 13

STACEY BOOKER  and
BEN HOUSTON BOOKER
Debtors                                           Case No.:  20-14801

**DEBTOR'S OBJECTION TO CERTIFICATTION OF DEFAULT OF SN SERVICING**

Debtor-Respondents, Stacey Booker and Ben Houston Booker (hereafter :Debtors") responds to the Certification of Default of Lakeview Loan Servicing

1. On or about July 18, 2022, attorney for Debtors received Notice of Default from counsel for Lakeview Loan Servicing, claiming that Debtors owed $4,111.72 in post-petition

2.    Debtors deny the alleged delinquency as stated in the Creditors Certification regarding the Post-Petition payment history and have sufficient funds to cure any amounts that may be currently due.

WHEREFORE, Debtor respectfully requests an Order denying Lakeview Loan Servicing's Certification of Default.

Date: August 15, 2022

                                      BY:/s/ Ashley M. Sullivan
                                        ASHLEY M. SULLIVAN, EQUIRE
                                        SPEAR WILDERMAN, P.C.
                                        230 S. Broad Street, 14th Floor
                                        Philadelphia, PA  19102
                                        (215) 732-0101
                                        (215) 7342-7790 (fax)
                                        asullivan@spearwilderman.com
                                        Attorney for Debtor