**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                Chapter 13

STACEY BOOKER and
BEN HOUSTON BOOKER
Debtors                         Case No.:  20-14801

**CERTIFICATE OF SERVICE**

I, ASHLEY M. SULLIVAN, Attorney for Debtors, hereby certify that on the 19th day of August, 2022, I did serve a copy of the Objection to Certification of Default on the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

United States Trustee
Office of the US Trustee
200 Chestnut Street
Ste. 502
Philadelphia, PA  19106

Rebecca A. Solarz, Esquire
KLM Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Ste. 5000
Philadelphia, PA  19106

Date:  August 19, 2022

        BY:/s/ Ashley M. Sullivan
           ASHLEY M. SULLIVAN, EQUIRE
           SPEAR WILDERMAN, P.C.
           230 S. Broad Street, 14th Floor
           Philadelphia, PA  19102
           (215) 732-0101
           (215) 7342-7790 (fax)
           asullivan@spearwilderman.com
           Attorney for Debtor