*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ben Houston Booker, Jr. and
Stacey Booker
    Debtor(s)

Case No: 20−14801−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Objection to Certification of Default

on: 9/20/22

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 8/23/22

Timothy B. McGrath
Clerk of Court

67 − 65
Form 167