# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**BEN HOUSTON BOOKER AND**
**STACY BOOKER**                                              **Chapter 13**

**Debtor**                                                           **Case No. 20-14801**

---

## ENTRY AND WITHDRAW OF APPEARANCE

To the Clerk:

    Kindly enter my appearance on behalf of Ben Houston Booker and Stacy Booker in the above referenced Chapter 13 case.

                                       BY: /s/  Vladislav Kachka
                                            VLADISLAV KACHKA, ESQUIRE
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, Ste. 1400
                                            Philadelphia, PA  19102
                                            (215) 732-0101
                                            (215) 732-7790
                                            vkachka@spearwilderman.com

    Kindly withdraw my appearance on behalf of Ben Houston Booker and Stacy Booker in the above referenced Chapter 13 case.

                                              BY:/s/ Ashley M. Sullivan
                                            ASHLEY M. SULLIVAN, ESQUIRE
                                            SPEAR WILDERMAN, P.C.
                                            230 S. Broad Street, Ste. 1400
                                            Philadelphia, PA  19102
                                            (215) 732-0101
                                            (215) 732-7790
                                            asullivan@spearwilderman. com