# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Stacey Booker aka Stacey Jarrell<br>Ben Houston Booker Jr.<br>                    Debtor(s) | CHAPTER 13 |
| Lakeview Loan Servicing LLC, its successors and/or assigns<br>                    Movant<br>          vs. | NO. 20-14801 MDC |
| Stacey Booker aka Stacey Jarrell<br>Ben Houston Booker Jr.<br>                    Debtor(s) | 11 U.S.C. Section 362 |
| Kenneth E. West Esq.<br>                    Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of Lakeview Loan Servicing LLC, which was filed with the Court on or about 8/12/2022, Doc. No. 64.

Respectfully submitted,

/s/ Rebecca A. Solarz, Esq.
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: 9/16/2022