# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**BEN HOUSTON BOOKER AND**
**STACY BOOKER**                                            **Chapter 13**

**Debtor**                                                  **Case No. 20-14801**

---

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

     Kindly withdraw my appearance on behalf of Ben Houston Booker and Stacy Booker in the above referenced Chapter 13 case.

                             BY: /s/  Vladislav Kachka
                                VLADISLAV KACHKA, ESQUIRE
                                SPEAR WILDERMAN, P.C.
                                230 S. Broad Street, Ste. 1400
                                Philadelphia, PA  19102
                                (215) 732-0101
                                (215) 732-7790
                                vkachka@spearwilderman.com

     Kindly enter my appearance on behalf of Ben Houston Booker and Stacy Booker in the above referenced Chapter 13 case.

                               BY:/s/ Akeem J. Parsons
                                AKEEM J. PARSONS, ESQUIRE
                                SPEAR WILDERMAN, P.C.
                                230 S. Broad Street, Ste. 1400
                                Philadelphia, PA  19102
                                (215) 732-0101
                                (215) 732-7790
                                aparsons@spearwilderman. com