**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                               Chapter 13

BEN HOUSTON BOOKER, JR. and
STACEY BOOKER

Debtors                                Case No.: 20-14801

**DEBTORS' OBJECTION TO CERTIFICATION OF DEFAULT OF LAKEVIEW LOAN SERVICING**

Debtors, Ben Houston Booker, Jr. and Stacey Booker, (hereafter "Debtors") respond to the Certification of Default of Lakeview Loan Servicing, as follows:

    Denied. Debtors sent payment in the amount of $2,912.44, as stated on the Notice Of Default. Proof that payment was sent via priority mail was forwarded to attorney for Lakeview Loan Servicing.

WHEREFORE, Debtors request the court deny Lakeview Loan Servicing Relief from the Automatic Stay.

Date: January 22, 2024

                                            BY: /s/ Akeem J. Parsons
                                                AKEEM J. PARSONS, EQUIRE
                                                SPEAR WILDERMAN, P.C.
                                                230 S. Broad Street, Suite 1650
                                                Philadelphia, PA 19102
                                                (215) 732-0101
                                                (215) 7342-7790 (fax)
                                                aparsons@spearwilderman.com
                                                Attorney for Debtors