### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Ben Houston Booker, Jr. and
Stacey Booker

|  |  |
|---|---|
| Debtor(s) | Case No: 20−14801−mdc |
|  | Chapter: 13 |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

on: 2/20/24

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/22/24

Timothy B. McGrath
Clerk of Court