United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 20-14801-mdc

Ben Houston Booker, Jr.      Chapter 13

Stacey Booker

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jan 22, 2024     Form ID: 167     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Ben Houston Booker, Jr., Stacey Booker, 705 Briarcliff Road, Upper Darby, PA 19082-5301 |
| cr | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14570655 | + | AQUA PENNSYLVANIA INC, PO Box 70279, Philadelphia, PA 19176-0279 |
| 14593020 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 North Independence Mall West, Suite 500, 6th and Race Streets Philadelphia, PA 19106-1557 |
| 14570656 | + | Aspenn Environmental Service, 1430 Jersey Avenue Suite 1, North Brunswick, NJ 08902-1659 |
| 14570657 | + | Castle Credit Co. Holdings, LLC, PO Box 46186, Houston, TX 77210-6187 |
| 14570660 | + | Crozer Keystone Health Systems, 100 W. Sproul Road, Springfield, PA 19064-2033 |
| 14574232 | + | Lakeview Loan Servicing LLC, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14570668 | + | T-Mobile, PO Box 2147, Southgate, MI 48195-4147 |
| 14570669 | + | Upper Darby School District, PO Box 13925, Philadelphia, PA 19101-3925 |
| 14787869 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14570670 | + | Upper Darby Township, 100 Garrett Road, Upper Darby, PA 19082-3135 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2024 00:24:00 | Ally Bank, serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004 |
| 14580616 | | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2024 00:24:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14570654 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 23 2024 00:24:00 | Ally Financial, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14613584 | + | Email/Text: legal@castlecredit.com | Jan 23 2024 00:24:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 14570658 | + | Email/Text: Harris@ebn.phinsolutions.com | Jan 23 2024 00:24:00 | Childrens Hospital of Philadelphia, PO Box 5462, Chicago, IL 60680-5462 |
| 14570659 | + | Email/Text: bankruptcy@credencerm.com | Jan 23 2024 00:24:00 | Credence Resource Management, 17000 Dallas Parkway Suite 20, Dallas, TX 75248-1940 |
| 14570661 | ^ | MEBN | Jan 23 2024 00:17:56 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14570662 | + | Email/Text: Harris@ebn.phinsolutions.com | Jan 23 2024 00:24:00 | Harris & Harris, Ltd, 111 West Jackson Blvd Suite 400, Chicago, IL 60604-4135 |
| 14570663 | + | Email/Text: Bankruptcy@ICSystem.com | Jan 23 2024 00:24:00 | I C Systems, Inc., P.O. Box 64378, Saint Paul, MN 55164-0378 |
| 14580802 | | Email/Text: camanagement@mtb.com | Jan 23 2024 00:24:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14570664 | + | Email/Text: camanagement@mtb.com | | |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 23 2024 00:24:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14570665 | | Email/Text: bankruptcygroup@peco-energy.com | Jan 23 2024 00:24:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14570666 | + | Email/Text: bankruptcy@philapark.org | Jan 23 2024 00:24:00 | Philadelphia Parking Authority, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14570667 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Jan 23 2024 00:49:14 | Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 14573336 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 23 2024 00:49:22 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14570671 | + | Email/Text: bankruptcydepartment@tsico.com | Jan 23 2024 00:24:00 | Verizon c/o EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14570672 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 23 2024 00:33:33 | Wells Fargo Bank, PO Box 6995, Portland, OR 97228-6995 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Joint Debtor Stacey Booker akeemparsonsesq@gmail.com aparsons@spearwilderman.com |
| AKEEM J. PARSONS | on behalf of Debtor Ben Houston Booker Jr. akeemparsonsesq@gmail.com, aparsons@spearwilderman.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| REGINA COHEN | on behalf of Creditor Ally Bank rcohen@lavin-law.com mmalone@lavin-law.com |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2024 | Form ID: 167 | Total Noticed: 29 |

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Ben Houston Booker, Jr. and
Stacey Booker
    Debtor(s)

Case No: 20−14801−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default
and
Objection to Certification of Default

on: 2/20/24

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 1/22/24

Timothy B. McGrath
Clerk of Court

78 − 75, 76
Form 167