**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

Chapter 13

BEN HOUSTON BOOKER AND
STACEY BOOKER

Debtor

Case No.: 20-14801

## CERTIFICATE OF SERVICE

I, AKEEM J. PARSONS, Attorney for Debtor, hereby certify that on the 22nd day of October, 2024, I did serve a copy of the Amended Notice of Motion to Approve Sale of Property on the following individuals via regular mail and electronic notice

Kenneth E. West, Esquire
Chapter 13 Standing Trustee
1234 Market Street-Suite 1813
Philadelphia, PA  19107

T-Mobile, By American Inforsource
Attn :  Ashley M. Boswell
4515 N. Santa Fe Avenue
Oklahoma City, OK  73118

Ally Bank
Attn:  EPOC Administrator
P.O. Box 130424
Roseville, MN  55113

Castle Credit Co Holdings, LLC
Attn:  Abby L. Petrone
200 South Michigan Avenue, Ste. 450
Chicago, IL  60604

Upper Darby Township
Attn: EPOC Administrator
100 Garrett Road
Upper Darby, PA  19082

Lakeview Loan Servicing
M & T Bank
Attn: Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106


Date: October 22, 2024

                    BY:/s/ Akeem J. Parsons
                        AKEEM J. PARSONS, EQUIRE
                        SPEAR WILDERMAN, P.C.
                        230 S. Broad Street, 14th Floor
                        Philadelphia, PA  19102
                        (215) 732-0101
                        (215) 7342-7790 (fax)
                        [aparsons@spearwilderman.com](mailto:aparsons@spearwilderman.com)
                        Attorney for Debtors