**IN THE UNITED STATES BANKRUPTY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                                                    Chapter 13

BEN HOUSTON BOOKER AND
STACEY BOOKER

Debtor                                    Case No.:  20-14801

**CERTIFICATION OF NO RESPONSE**

I, AKEEM J. PARSONS, Attorney for Debtors, hereby certify that as of November 12, 2024, I have not received any objection or response to the  did serve a copy of the Motion to Approve Sale of Property, filed on behalf of the Debtors on October 7, 2024.

Date: November 12, 2024

BY:/s/ Akeem J. Parsons
AKEEM J. PARSONS, EQUIRE
SPEAR WILDERMAN, P.C.
230 S. Broad Street, 14th Floor
Philadelphia, PA  19102
(215) 732-0101
(215) 7342-7790 (fax)
aparsons@spearwilderman.com
Attorney for Debtors