**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

In Re:

**BEN HOUSTON BOOKER  and
STACEY BOOKER**                                                                **Chapter 13**

**Debtors**                                                                              **Case No. 20-14801**

---

**NOTICE OF ADDRESS CHANGE**

To the Clerk:

      Kindly amend the address of the Debtors to 129 Moss Drive, Columbus, GA  31904.


            BY:/s/ Akeem J. Parsons
            AKEEM J. PARSONS
            SPEAR WILDERMAN, P.C.
            230 S. Broad Street, Ste. 1650
            Philadelphia, PA  19102
            (215) 732-0101
            (215) 732-7790
            aparsons@spearwilderman. com