341 Information Request Form
Debtor's Address
Employer Information

Domestic Support Information

Bankruptcy No.   __20-14801_____

341 Hearing Date  2/3/2021_____

Name
of Debtor       Ben Houston Booker_____

Current Address  129 Moss Drive___
Of Debtor        Columbus, GA  31904_____

Name, Address,
And Phone Number
Of Employer(s)        _____
                      _____
                      _____
                      _____

Date Employment
Started               _____

Domestic
Support          √    I am not required to pay any Domestic Support Obligations, or
Obligation(s)         or,

(check the statement ____  I am required to pay Domestic Support Obligations and I have paid amounts paid
That applies to you)       any amounts payable under a Court Order or Statue that were due on or before today's
                           date - complete section below or,

                 ____  I am required to pay Domestic Support Obligations but I have not paid all amounts under
                       Court Order or Statue as of today's date - complete section below.

I make Domestic Support Payments to:
_____
_____
_____
_____
_____

Reasons for Support Payments: (i.e. child Support, alimony)
_____
_____

The information I have provided above is true and correct to the best of my knowledge and belief.  I
AUTHORIZE THE STANDING TRUSTEE TO INCLUDE MY FULL SOCIAL SECURITY NUMBER WHEN
PROVIDING THE WRITTEN NOTICE REQUIRED BY 11 U.S.C. §1302((d)(1)(B)(i)  TO THE STATE
CHILD SUPPORT ENFORCEMENT AGENCY.

*Ben H. Booker*
Debtor's Signature