341 Information Request Form
Debtor's Address
Employer Information

Domestic Support Information

**Bankruptcy No.** 20-14801

**341 Hearing Date** 2/3/2021

**Name of Debtor** Stacy Booker

**Current Address Of Debtor** 129 Moss Drive
Columbus, GA 31904

**Name, Address, And Phone Number Of Employer(s)**

**Date Employment Started**

**Domestic Support Obligation(s)**

(check the statement That applies to you)

__X__ I am not required to pay any Domestic Support Obligations, or or,

____ I am required to pay Domestic Support Obligations and I have paid amounts paid any amounts payable under a Court Order or Statue that were due on or before today's date - complete section below or,

____ I am required to pay Domestic Support Obligations but I have not paid all amounts under Court Order or Statue as of today's date - complete section below.

I make Domestic Support Payments to:

Reasons for Support Payments: (i.e. child Support, alimony)

The information I have provided above is true and correct to the best of my knowledge and belief. I AUTHORIZE THE STANDING TRUSTEE TO INCLUDE MY FULL SOCIAL SECURITY NUMBER WHEN PROVIDING THE WRITTEN NOTICE REQUIRED BY 11 U.S.C. §1302((d)(1)(B)(i) TO THE STATE CHILD SUPPORT ENFORCEMENT AGENCY.

_____*S. Booker*_____
**Debtor's Signature**