United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-14801-djb |
| Ben Houston Booker, Jr. | Chapter 13 |
| Stacey Booker | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 01, 2025 | Form ID: 138OBJ | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | +++ | Ben Houston Booker, Jr., 129 Moss Drive, Columbus, GA 31904-4845 |
| jdb | +++ | Stacey Booker, 129 Moss Drive, Columbus, GA 31904-4845 |
| 14570655 | + | AQUA PENNSYLVANIA INC, PO Box 70279, Philadelphia, PA 19176-0279 |
| 14593020 | + | Ally Bank, c/o Regina Cohen, Esquire, 190 North Independence Mall West, Suite 500, 6th and Race Streets Philadelphia, PA 19106-1557 |
| 14570656 | + | Aspenn Environmental Service, 1430 Jersey Avenue Suite 1, North Brunswick, NJ 08902-1659 |
| 14570657 | + | Castle Credit Co. Holdings, LLC, PO Box 46186, Houston, TX 77210-6187 |
| 14570660 | + | Crozer Keystone Health Systems, 100 W. Sproul Road, Springfield, PA 19064-2033 |
| 14574232 | + | Lakeview Loan Servicing LLC, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14570669 | + | Upper Darby School District, PO Box 13925, Philadelphia, PA 19101-3925 |
| 14570670 | + | Upper Darby Township, 100 Garrett Road, Upper Darby, PA 19082-3135 |
| 14787869 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 02 2025 01:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 02 2025 01:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14580616 | | Email/Text: ally@ebn.phinsolutions.com | Apr 02 2025 01:57:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14570654 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 02 2025 01:57:00 | Ally Financial, PO Box 78234, Phoenix, AZ 85062-8234 |
| 14613584 | + | Email/Text: legal@castlecredit.com | Apr 02 2025 01:57:00 | Castle Credit Co Holdings, LLC, 200 South Michigan Avenue, Suite 450, Chicago, Illinois 60604-2400 |
| 14570658 | + | Email/Text: Harris@ebn.phinsolutions.com | Apr 02 2025 01:57:00 | Childrens Hospital of Philadelphia, PO Box 5462, Chicago, IL 60680-5462 |
| 14570659 | + | Email/Text: bankruptcy@credencerm.com | Apr 02 2025 01:57:00 | Credence Resource Management, 17000 Dallas Parkway Suite 20, Dallas, TX 75248-1938 |
| 14570661 | ^ | MEBN | Apr 02 2025 02:01:05 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 14570662 | + | Email/Text: Harris@ebn.phinsolutions.com | Apr 02 2025 01:57:00 | Harris & Harris, Ltd, 111 West Jackson Blvd Suite 400, Chicago, IL 60604-4135 |
| 14570663 | + | Email/Text: Bankruptcy@ICSystem.com | Apr 02 2025 01:57:00 | I C Systems, Inc., P.O. Box 64378, Saint Paul, MN |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 01, 2025 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | 55164-0378 |
| 14580802 | | Email/Text: camanagement@mtb.com | Apr 02 2025 01:57:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14570664 | + | Email/Text: camanagement@mtb.com | Apr 02 2025 01:57:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 14570665 | | Email/Text: bankruptcygroup@peco-energy.com | Apr 02 2025 01:57:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14570666 | + | Email/Text: bankruptcy@philapark.org | Apr 02 2025 01:57:00 | Philadelphia Parking Authority, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14570667 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Apr 02 2025 02:25:17 | Sprint, PO Box 4191, Carol Stream, IL 60197-4191 |
| 14573336 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 02 2025 02:12:42 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14570668 | + | Email/Text: bankruptcy@credencerm.com | Apr 02 2025 01:57:00 | T-Mobile, PO Box 2147, Southgate, MI 48195-4147 |
| 14570671 | + | Email/Text: bankruptcydepartment@tsico.com | Apr 02 2025 01:57:00 | Verizon c/o EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 14570672 | + | Email/PDF: BankruptcynoticesDeposits@wellsfargo.com | Apr 02 2025 02:13:12 | Wells Fargo Bank, PO Box 6995, Portland, OR 97228-6995 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 03, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Ben Houston Booker Jr. aparsons@spearwilderman.com, aparsons@spearwilderman.com |
| AKEEM J. PARSONS | on behalf of Joint Debtor Stacey Booker aparsons@spearwilderman.com  aparsons@spearwilderman.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Upper Darby Township jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 01, 2025 | Form ID: 138OBJ | Total Noticed: 30 |

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

REGINA COHEN
    on behalf of Creditor Ally Bank rcohen@lavin-law.com  mmalone@lavin-law.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*Form 138OBJ* (6/24)–doc 109 – 108

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
  Ben Houston Booker Jr. ) Case No. 20−14801−djb
)
)
  Stacey Booker ) Chapter: 13
  aka Stacey Jarrell )
  Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 1, 2025      For The Court

Timothy B. McGrath
Clerk of Court